UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

IN RE: REASSIGNMENT OF CIVIL AND CRIMINAL CASES TO MAGISTRATE JUDGE MARTIN A. FITZPATRICK

Case No. 4:95mc40111

_____/

## ADMINISTRATIVE ORDER

On this day, April 3, 2020, Martin A. Fitzpatrick is appointed as a United Stated Magistrate Judge in the Northern District of Florida, Tallahassee Division. The clerk of court is directed to immediately reassign to Magistrate Judge Martin A. Fitzpatrick all pending cases assigned to Magistrate Judge Charles A. Stampelos, except for the following cases, which will remain assigned to Recall Magistrate Judge Charles A. Stampelos:

*Mock v. Berryhill,* 4:17-cv-247-CAS

*Jones v. Saul,* 1:19-cv-123-CAS

**DONE AND ORDERED** this 3rd day of April, 2020.

s/Mark E. Walker
**Chief United States District Judge**